**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Mikael H. Stahle (SBN 182599)
mstahle@maternlawgroup.com
Irina A. Kirnosova (SBN 312565)
ikirnosova@maternlawgroup.com
Ellie Goralnick (SBN 326276)
egoralnick@maternlawgroup.com
Kristen Doyan (SBN 348257)
kdoyan@maternlawgroup.com
2101 E. El Segundo Boulevard, Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiffs SHAWN MCCARTY, FABIAN GUERRERO, and DAVID BABCOCK, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MCCARTY, an individual, FABIAN GUERRERO, an individual, and DAVID BABCOCK, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SMG HOLDINGS I, LLC, a Delaware limited liability company; SMG HOLDINGS II, LLC, a Delaware limited liability company; SMG, a general partnership; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-06232-JD <br><br> Assigned to Hon. James Donato <br><br> **NOTICE OF SETTLEMENT** <br><br> Trial Date:   January 13, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Parties have agreed to the basic terms of a proposed settlement, subject to their entering into a more detailed long-form settlement agreement. The proposed settlement will resolve Plaintiffs' remaining individual claims in the instant matter in their entirety. At this time, the Parties are in the process of preparing the long-form settlement agreement.

After the agreement is executed and the settlement has been fully funded, Plaintiffs intend to file a proposed judgment.

In light of the settlement, Plaintiffs respectfully request that the Court vacate all upcoming hearing dates and deadlines, including the Pretrial Conference on **January 2, 2025** and Trial on **January 13, 2025**.

DATED: December 30, 2024        **MATERN LAW GROUP, PC**

By:   /s/Irina A. Kirnosova
         MATTHEW J. MATERN
         MIKAEL H. STAHLE
         IRINA A. KIRNOSOVA
         ELLIE GORALNICK
         KRISTEN DOYAN
         Attorneys for Plaintiffs SHAWN MCCARTY and FABIAN GUERRERO